UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 1:24-CR-099 |
| v. | : | |
| **ELIEZER ALMANZAR** and **DANEISHA RODRIGUEZ** | : | (Judge Conner) |
| | : | (Filed Under Seal) |

## FIRST SUPERSEDING INDICTMENT

FILED
HARRISBURG, PA

THE GRAND JURY CHARGES:

JUN 2 6 2024

### COUNTS 1–2
18 U.S.C. §§ 2251, 2
(Production of Child Pornography, Aid and Abet)

PER____IBR____
DEPUTY CLERK

Between on or about December 22, 2023, and on or about December 26, 2023, in York County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the defendants,

**ELIEZER ALMANZAR** and
**DANEISHA RODRIGUEZ**,

knowingly used a person who had not attained the age of 18 years to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce, including by cellular phone, and in and affecting interstate and foreign commerce, and such visual depiction was produced and

transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cellular phone, to wit:

| COUNT | VISUAL DEPICTION |
|---|---|
| 1 | Video produced on or about December 22, 2023 |
| 2 | Video produced on or about December 26, 2023 |

### Sentencing Allegation

Before Eliezer ALMANZAR committed the offense charged in this Count, he had at least one prior conviction under the laws of a state relating to aggravated sexual abuse, sexual abuse, and abusive sexual contact involving a minor, to wit, Eliezer ALMANZAR was previously convicted in the Commonwealth of Pennsylvania of involuntary deviate sexual intercourse with a child, in violation of 18 PA. CONS. STAT. § 3123(b), and corruption of minors, in violation of 18 PA. CONS. STAT. § 6301(A)(1)(ii).

All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e), and 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
18 U.S.C. § 2522A
(Possession of Child Pornography)

On or about January 3, 2024, in York County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**ELIEZER ALMANZAR**,

knowingly possessed material that contained an image of child pornography, as defined in 18 U.S.C. § 2256(8)(A), and that was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means.

### Sentencing Allegation

The sentencing allegation for Counts 1 and 2, above, is incorporated here.

All in violation of Title 18, United States Code, Sections 2522A(a)(5)(B) and (b)(2).

3

## FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 through 3 of this Superseding Indictment are incorporated here for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

2. Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Sections 2251 and 2252A, the defendants,

**ELIEZER ALMANZAR** and
**DANEISHA RODRIGUEZ**,

shall forfeit to the United States of America:

    a. Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and,

4

    c.    Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

The property to be forfeited includes:

    a. a black Samsung S23+ model SM-S916U cell phone bearing serial number R5CW82FZQKA, IMEI: 351059818086341;

    b. a Sandisk USB thumb drive; and,

    c. a 1 TB USB thumb drive.

3.    If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or,

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 18, United States Code, Section 2253(b).

A TRUE BILL

_____
FOREPERSON

GERARD M. KARAM
United States Attorney

/s/ *signature*  6/26/24
K. WESLEY MISHOE   Date
Assistant United States Attorney

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) Case No. 1:24-CR-00099 |
| DANEISHA RODRIGUEZ | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DANEISHA RODRIGUEZ                                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☑ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
  Production of Child Pornography, Aid and Abet

Date:   06/26/2024                                                             s/Lisa Lombardi
                                                                                    *Issuing officer's signature*

City and state:   Harrisburg, PA                                         Lisa Lombardi, Deputy Clerk
                                                                                    *Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____
                                                                                    *Arresting officer's signature*

                                                                                    *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                    Weight:

Sex:                                                       Race:

Hair:                                                      Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: